UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CLARENCE A. LEE, JR. | ) Case No. 13-14169-BFK |
| ROSE M. LEE | ) (Chapter 13) |
| | ) |
| Debtors | ) |

CONSENT ORDER DIRECTING DEBTORS TO APPEAR AND SHOW CAUSE WHY
THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE
TO COMPLY WITH COURT ORDER TO ATTEND RULE 2004 EXAMINATION

UPON CONSIDERATION of the Motion for a Show Cause Order filed herein by Congressional Federal Credit Union ("CFCU"), and there being good cause shown, and counsel for the debtors having consented thereto, it is, at Alexandria, Virginia, by the Court:

ORDERED, that the Motion be and it hereby is GRANTED; and it is further

ORDERED, that the debtors, Clarence A. Lee, Jr. & Rose M. Lee ("Debtors"), be and they hereby are both COMMANDED to appear before this Court on April 16, 2015, at 1:30 PM, and show cause why the Debtors should not be held in contempt of this Court for their failure to comply with this Court's Order directing them to appear at the office of counsel for CFCU for a Rule 2004 examination on February 23, 2015; and it is further

*Roderick H. Angus, Esq.*
*VSB No. 22592*
*Huston & Angus, PLC*
*Counsel for Congressional Federal Credit Union*
*5529 Lee Highway*
*Arlington, VA  22207*
*Telephone No. (703) 536-5444*
*Facsimile No. (703) 237-2310*
*Email:  RAngus@HALawFirm.com*

ORDERED, that CFCU may present its request for sanctions against the Debtors at such hearing, including but not limited to its expenses associated with the examination and its Motion.

| | |
|---|---|
| Mar 16 2015 | /s/ Brian F. Kenney |
| Date | Brian F. Kenney<br>United States Bankruptcy Judge |
| | Entered on Docket: eod 3/16/2016 |

I ask for this:

/s/ Roderick H. Angus
Roderick H. Angus - #22592
HUSTON & ANGUS, PLC
5529 Lee Highway
Arlington, Virginia  22207
Email:  RAngus@HALawFirm.com
Counsel for CFCU


Seen & No Objection:

/s/ John W. Bevis
John W. Bevis - #22914
10521 Judicial Drive, Suite 204
Fairfax, Virginia  22030
JohnBevis@Bevislawoffices.com
Counsel for debtors


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Roderick H. Angus
Roderick H. Angus

**PARTIES TO RECEIVE COPIES:**

Roderick H. Angus
HUSTON & ANGUS, PLC
5529 Lee Highway
Arlington, Virginia  22207
Email:  RAngus@HALawFirm.com
Counsel for CFCU

John W. Bevis
10521 Judicial Drive, Suite 204
Fairfax, Virginia  22030
JohnBevis@Bevislawoffices.com
Counsel for Debtors

Thomas P. Gorman
300 N. Washington Street, #400
Alexandria, VA 22314
TGorman@Chapter13AlexVA.com
Trustee

Clarence A. Lee, Jr.
1651 George's Knoll Court
Woodbridge, Virginia   22192
Debtor

Rose M. Lee
1651 George's Knoll Court
Woodbridge, Virginia   22192
Debtor